UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE JUSTE,<br><br>    Plaintiff,<br><br>    v.<br><br>BUFFALO FEDERAL DETENTION FACILITY, BATAVIA,<br><br>    Defendant. | Case No. 18-cv-06040-SI<br><br>**JUDGMENT** |

This action is dismissed without prejudice to plaintiff filing a new action in the proper venue.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: October 26, 2018

_____
SUSAN ILLSTON
United States District Judge