UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE JUSTE,<br><br>    Plaintiff,<br><br>    v.<br><br>BUFFALO FEDERAL DETENTION FACILITY, BATAVIA,<br><br>    Defendant. | Case No. 18-cv-06040-SI<br><br>**ORDER REVOKING PAUPER STATUS FOR APPEAL** |

This action was dismissed because it was filed in the wrong venue. The court chose dismissal rather than transfer because plaintiff has filed more than seventy actions throughout the country and has chosen not to comply with venue requirements of which he is aware. The court now certifies that the appeal is not taken in good faith and revokes *in forma pauperis* status for plaintiff on appeal. *See* 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED**.

Dated: November 27, 2018

_____
SUSAN ILLSTON
United States District Judge